PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NICHOLE GRAHAM, | ) |
|     Plaintiff, | ) CASE NO. 4:20CV20 |
| v. | ) JUDGE BENITA Y. PEARSON |
| PHILLIPS FEED SERVICE, INC., | ) |
|     Defendant. | ) **ORDER** |

    On May 11, 2022, Attorney Federico G. Barrera, III, counsel for Defendant, notified the Court that the parties have reached a settlement, in principle. Therefore, the docket shall be marked "settled and dismissed without prejudice." On or before June 10, 2022, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this Order.

    All upcoming case management dates are vacated.

    IT IS SO ORDERED.


May 11, 2022                                                */s/ Benita Y. Pearson*
Date                                                               Benita Y. Pearson
                                                                        United States District Judge